UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BEVERLY SEVERE, as personal representative for the ESTATE OF TED SEVERE, deceased.<br><br>Plaintiff,<br><br>v.<br><br>COOK INCORPORATED, et al.<br><br>Defendants. | CASE NO. 1:21-cv-00776-RLY-TAB |

## MOTION TO MAINTAIN DOCUMENT UNDER SEAL

Plaintiff, Beverly Severe, as personal representative for the Estate of Ted Severe, by counsel, pursuant to Local Rule 5-11(d), hereby moves to maintain under seal Dkt. # 26002-1 in case number 1:14-ml-02570-RLY-TAB (also see Dkt. # 9-1 in 1:21-cv-00776). In support of this motion, Plaintiff states:

1. The document in question, Plaintiff's death certificate, contains personal data identifiers, specifically the Plaintiff's entire date of birth, which is sensitive information, requiring protection to prevent identity theft and other potential misuse.

2. Federal Rules of Civil Procedure 5.2 mandates the redaction of personal data identifiers from court filings to safeguard privacy. Maintaining these documents under seal ensures compliance with these rules.

3. The Court has already sealed Dkt. # 26002-1 in case number 1:14-ml-02570 (also see Dkt. # 9-1 in 1:21-cv-00776) recognizing the sensitivity of the information contained therein.

4. This motion is filed in accordance with Local Rule 5-11(d), which provides the procedure for maintaining documents under seal.

5.  In addition, Plaintiff will file a correctly redacted version of the documents for public viewing through the court's ECF system, ensuring compliance with Federal Rules of Civil Procedure 5.2.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion to Maintain Under Seal Dkt. # 26002-1 in case number 1:14-ml-02570 (see also Dkt. # 9-1 in 1:21-cv-00776).

Johnson Law Group

/s/ *Basil Adham*

Basil E. Adham, TX Bar No. 2408172
2925 Richmond Avenue, Suite 1700
Houston, TX 77098
Telephone: (713) 626-9336
Fax: (713) 583-9460
Email: IVC@johnsonlawgroup.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 21, 2024, a copy of the foregoing ""Motion to Maintain Document Under Seal" was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

                                            /s/Basil Adham