IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| This Document Relates to:<br>BEVERLY SEVERE, as personal representative for the ESTA TE OF TED SEVERE, deceased<br>Case No. 1:21-cv-00776-RLY-TAB | |

**ORDER ON PLAINTIFF'S MOTION TO MAINTAIN DOCUMENT UNDER SEAL**

Before the Court is Plaintiff Beverly Severe's motion to maintain document under seal. [Filing No. 26188.] Plaintiff seeks to maintain under seal Filing No. 26002-1, which is Plaintiff Ted Severe's death certificate, which inadvertently shows the decedent's date of birth (unredacted). This personal identifying information requires protection under Fed. R. Civ. P. 5.2. Therefore, Plaintiff's motion is granted. [Filing No. 26188.] The Clerk is directed to maintain Filing No. 26002-1 under seal, as well as Filing No. 9-1 in the underlying case, 1:21-cv-00776.

Date: 10/24/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.